Alfred Cope, Appellant, v. William Hargreaves, Respondent, and Anthony Piasecki, Defendant.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint as to defendant Hargreaves, in an automobile negli-

gence action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.